CENTER FOR DISABILITY ACCESS
Russell Handy, Esq., SBN 195058
Dennis Price, Esq., SBN 279082
Faythe E. Gutierrez, Esq., SBN 310430
8033 Linda Vista Road, Suite 200
San Diego, CA 92111
(858) 375-7385; (888) 422-5191 fax
faytheg@potterhandy.com
        Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Chris Langer**, | Case: 2:20-CV-04480-FMO-JEM |
| Plaintiff, | **Index of and Exhibits in Support of Plaintiff's Application for Default Judgment** |
| v. | |
| **256 Winston Center**, a California General Partnership; and Does 1-10, | |
| Defendants. | |

1

**TABLE OF EXHIBITS**

Exhibit 1 .......................... Declaration of Attorney Russel Handy and Billing Records

Exhibit 2 ............................................................ Declaration of Plaintiff Chris Langer

Exhibit 3 ....................................................... Declaration of Investigator Evens Louis

Exhibit 4 .................................................................................................... Photos

Exhibit 5 .......................................................................................... Public Records

Exhibit 6 .......................................................................................Pearl Declaration

Exhibit 7 .........................................................................................Real Rate Report

Exhibit 8 ............................................................................... O'Connor Declaration

Exhibit 9 .................................................................................Invoice for Striping Lot

Exhibit 10.................................................... Declaration of Attorney Faythe Gutierrez

Default Judgment Exhibits                                        2:20-CV-04480-FMO-JEM