# Center for Disability Access
## Billing Summary

| | |
|---|---|
| **Case:** | Chris Langer v. 256 Winston Center et al |
| **Case No:** | 2:20-cv-04480-FMO-JEM |
| **Venue** | Central |
| **Billing Range:** | 3/26/2020   *through*   8/3/2020 |
| **Total Hours** | 7.2 |
| **Hourly Bill** | $3,568.50 |
| **Litigation Expenses** | $830.00 |

**Total Bill:**         $4,398.50

| Expense Detail | |
|---|---:|
| Investigator | $400.00 |
| Filing Fees | $400.00 |
| Service Costs | $30.00 |
| | $830.00 |

# Center for Disability Access

## Billing Statement

| Date | Category | Description | Biller | Time | Hourly Rate | Amount |
|---|---|---|---|---|---|---|
| 3/26/2020 | Prefiling | Completed step one on prefiling checklist: (Initial fact gathering. Analyze client's claims, story and/or intake materials) | M. Potter | 0.3 | 595 | $178.50 |
| 3/30/2020 | Prefiling | Completed step two on prefiling checklist: (Initial assessment of case. Review google satellite images, street view, website and/or yelp, assess the business & site, give investigator instructions on photographs and measurements to obtain, notes to file, etc.) | M. Potter | 0.7 | 595 | $416.50 |
| 4/7/2020 | Prefiling | Completed step three on prefiling checklist: (Review Investigator report, findings and photos to confirm claims and greenlight complaint drafting or give investigator further instructions) | R. Handy | 1.4 | 595 | $833.00 |
| 4/7/2020 | Prefiling | Completed step four on prefiling checklist: (Public records research to determine the identity of the responsible parties and to determine if there had been alterations or modifications that would have triggered stricter Title 24 obligations for this property, etc.) | R. Handy | 0.3 | 595 | $178.50 |
| 5/15/2020 | Prefiling | Completed final step of the prefiling checklist: (Draft complaint and related initial filing docs & prepare interoffice barrier memo and service instructions) | R. Handy | 0.6 | 595 | $357.00 |
| 5/19/2020 | Case Man. | Reviewed the Notice of Assignment and Notice to Parties of Court-Directed ADR Program | A. Seabock | 0.3 | 450 | $135.00 |
| 7/9/2020 | Motions | Drafted the Request for Entry of Default and supporting declaration | A. Seabock | 0.4 | 450 | $180.00 |
| 7/10/2020 | Case Man. | Reviewed Clerk's Entry of Default; checked notes re contact | A. Seabock | 0.1 | 450 | $45.00 |
| 7/13/2020 | Case Man. | Reviewed Court's Order re Default Judgment | A. Seabock | 0.1 | 450 | $45.00 |
| 8/3/2020 | Motions | Selected the photos to be used in the default judgment packet; worked on investigator's declaration | F. Gutierrez | 0.4 | 400 | $160.00 |
| 8/3/2020 | Motions | Worked on and completed Langer's declaration | F. Gutierrez | 0.3 | 400 | $120.00 |

Case Billing

8033 Linda Vista Road, Suite 200
San Diego CA 92111

Phone: 858-375-7385
Fax: 888-422-5191

# Center for Disability Access

## Billing Statement

| Date | Category | Description | Biller | Time | Hourly Rate | Amount |
|---|---|---|---|---|---|---|
| 8/3/2020 | Motions | Amended the default judgment template with all components parts | F. Gutierrez | 2.3 | 400 | $920.00 |
| **Totals** | | | | **7.2** | | **3568.5** |

Case Billing

8033 Linda Vista Road, Suite 200
San Diego CA 92111

Phone: 858-375-7385
Fax: 888-422-5191