1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Chris Langer**, <br><br> Plaintiff, <br><br> v. <br><br> **256 Winston Center**, a California General Partnership; and Does 1-10, <br><br> Defendants. | Case No. 2:20-CV-04480-FMO-JEM <br><br> **ORDER Granting Request [18] for Extension of Deadline** |

Having reviewed Plaintiff's motion seeking a continuance of the deadline to file a renewed application for default judgement, and finding good cause therefore, the Court hereby grants Plaintiff's Motion.

Therefore, the deadline to complete service upon Defendant shall be ten (10) days from the date of this Order.

**IT IS SO ORDERED.**

Dated: November 16, 2020          By:  /s/  Fernando M. Olguin  .
                                       United States District Judge