JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRIS LANGER, | Case No. CV 20-4480 FMO (JEMx) |
| Plaintiff, | |
| v. | **JUDGMENT** |
| 256 WINSTON CENTER, | |
| Defendant. | |

Pursuant to the Court's Order Dismissing Action Without Prejudice, IT IS ADJUDGED THAT the above-captioned action is dismissed without prejudice.

Dated this 30th day of November, 2020.

/s/
Fernando M. Olguin
United States District Judge